**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas L Burkel, | No. CV-21-02048-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Mike Crager, et al., | |
| Defendants. | |

The Court is in receipt of pro se Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2).  Such applications, also known as applications to proceed in forma pauperis, must show an "inability to pay costs or give security." LRCiv 3.3(a).  "A court may exercise a limited judicial discretion in the granting or denial of permission to proceed in forma pauperis." *Jefferson v. United States,* 277 F.2d 723, 725 (9th Cir. 1960).

The Application represents that Plaintiff's average monthly income during the past twelve months exceeds $1,000,000, that his homes' value is approximately $6.9 million, and that his vehicles have a value of $259,000.  (Doc. 2 at 1, 3).  Plaintiff's representations, made under penalty of perjury, do not evidence an inability to pay costs or give security.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application (Doc. 2) is denied.  Plaintiff shall have fourteen (14) days from the entry of this Order to pay the filing fee of $402.00.  If

Plaintiff fails to pay the filing fee within fourteen (14) days of the entry of this Order, the action will be dismissed.

Dated this 25th day of January, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge